UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | ) ) ) | |
| V. | ) ) | CAUSE NO. 1:26-cr-015-TWP-KMB |
| WILLIE JAMES MARTIN, and DEMETRA SHEREE MITCHELL, *Defendants.* | ) ) ) | -01 -02 |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>
Conspiracy to Make False Statements During the Purchase of Firearms
18 U.S.C. § 371

Beginning on a date and time unknown, but from at least on or about July 15, 2025, continuing up to and including November 6, 2025, in the Southern District of Indiana, Indianapolis Division, and elsewhere, WILLIE JAMES MARTIN, and DEMETRA SHEREE MITCHELL, the defendants herein, did knowingly conspire together and with other persons, known and unknown to the Grand Jury, to make false and fictitious written statements or representations to federally licensed dealers of firearms, intended and likely to deceive the federally licensed dealers with respect to facts material to the lawfulness of the acquisition of said firearms.

**Definitions**

1. A federal firearms licensee, or "FFL," is a business that is licensed by the federal government to sell firearms for profit.

2. To purchase firearms from an FFL, a purchaser must complete a federal form titled "Firearms Transaction Record," or ATF Form 4473. On every Form 4473, question 21.a. asks whether the purchaser is the "actual transferee/buyer" and states that "you are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person." The purchaser must certify that his or her answers to all questions on the ATF Form 4473, including question 21.a., are true, correct, and complete. A "straw purchase" occurs when a purchaser falsely indicates on ATF Form 4473 that they are the actual transferee/buyer of the firearm when, in fact, the purchaser is acquiring the firearm on behalf of someone else. A straw purchase is unlawful.

**Objects of the Conspiracy**

The charged conspiracy had the following objects:

1. The fraudulent acquisition of firearms from FFLs by a straw purchase; and

2. The sale and transfer of fraudulently acquired firearms to other persons for profit.

**Manner and Means**

1. It was part of the conspiracy that WILLIE JAMES MARTIN and DEMETRA SHEREE MITCHELL agreed together and with other persons, known and unknown to the Grand Jury, to fraudulently acquire firearms from FFLs for the purpose of transferring those firearms to other persons in exchange for cash in the Southern District of Indiana.

2. It was further part of the conspiracy that DEMETRA SHEREE MITCHELL straw-purchased firearms from FFLs on behalf of and at the direction of WILLIE JAMES MARTIN.

3. It was further part of the conspiracy that WILLIE JAMES MARTIN would instruct DEMETRA SHEREE MITCHELL, via text message or cellular telephone calls, to straw purchase certain types and quantities of firearms from FFLs.

4. It was further part of the conspiracy that WILLIE JAMES MARTIN, a previously convicted felon, transferred, or caused to be transferred, firearms, including firearms straw purchased by DEMETRA SHEREE MITCHELL, to other persons in exchange for cash.

**Overt Acts**

In furtherance of the conspiracy, and to affect the objects of it, WILLIE JAMES MARTIN, and DEMETRA SHEREE MITCHELL, the defendants herein, did commit the following overt acts, among others:

1. On or about July 8, 2025, MARTIN offered to sell multiple Glock handguns, an AR pistol, and a Draco AK handgun to a person known to the Grand Jury (Individual 1).

2. On or about July 15, 2025, WILLIE JAMES MARTIN called DEMETRA SHEREE MITCHELL from his cellphone and offered her money to straw purchase certain firearms from an FFL for WILLIE JAMES MARTIN to sell to Individual 1.

3. The same day, WILLIE JAMES MARTIN met with and collected from Individual 1 cash in exchange for firearms. During the meeting, WILLIE JAMES MARTIN transferred to Individual 1 an RMC Model Draco 7.62mm handgun.

4. WILLIE JAMES MARTIN instructed Individual 1 to follow DEMETRA SHEREE MITCHELL to an FFL, where DEMETRA SHEREE MITCHELL would straw-purchase two additional firearms on behalf of WILLIE JAMES MARTIN for transfer to Individual 1.

5. On or about July 15, 2025, at the direction of WILLIE JAMES MARTIN, DEMETRA SHEREE MITCHELL drove to Range USA, an FFL in Greenwood, Indiana, where MITCHELL falsely indicated on an ATF Form 4473 that she was the actual transferee/buyer of a Glock 30S pistol and a Diamondback Tactical DB15 multi-caliber pistol, when in fact she was acquiring the firearms on behalf of WILLIE JAMES MARTIN.

6. Shortly after leaving the FFL and, at the direction of WILLIE JAMES MARTIN, DEMETRA SHEREE MITCHELL transferred the two straw-purchased firearms to Individual 1 at a nearby meeting place.

7. On or about August 1, 2025, DEMETRA SHEREE MITCHELL went to Beech Grove Firearms, an FFL located in Beech Grove, Indiana, where she purchased a G-Force GF25 12-gauge shotgun and an Anderson Manufacturing, AM-15, multi-caliber rifle.

8. On or about August 18, 2025, WILLIE JAMES MARTIN called DEMETRA SHEREE MITCHELL from his cellphone and instructed her to purchase certain firearms from an FFL for him to sell to Individual 1.

9. On or about August 18, 2025, WILLIE JAMES MARTIN drove himself and Individual 1 to Indy Arms Company, an FFL in Indianapolis, Indiana, where they met with DEMETRA SHEREE MITCHELL.

10. At the direction of WILLIE JAMES MARTIN, DEMETRA SHEREE MITCHELL entered Indy Arms Company, where MITCHELL falsely indicated on an ATF Form 4473 that she was the actual buyer/transferee of one ATI Mil Sport multi-caliber pistol and one Glock 43, 9mm pistol, when in fact she was acquiring the firearms on behalf of WILLIE JAMES MARTIN.

11. After departing Indy Arms Company, DEMETRA SHEREE MITCHELL transported the ATI Mil Sport and Glock 43 pistols back to her Indianapolis residence, where she gave the firearms to WILLIE JAMES MARTIN. WILLIE JAMES MARTIN, in exchange for cash, transferred the two pistols to Individual 1. At the same time, WILLIE JAMES MARTIN also transferred to Individual 1 the G-Force GF25 shotgun and Anderson Manufacturing AM-15 multi-caliber rifle that DEMETRA SHEREE MITCHELL had purchased on August 1, 2025.

12. On or about November 6, 2025, WILLIE JAMES MARTIN met DEMETRA SHEREE MITCHELL at Indy Arms Company, an FFL in Indianapolis, Indiana. There, MITCHELL falsely indicated on an ATF Form 4473 that she was the actual transferee/buyer of one Ruger RXM, 9mm pistol, when in fact she was acquiring the firearm on behalf of WILLIE JAMES MARTIN.

13. At the FFL, WILLIE JAMES MARTIN counted out cash, which he gave to DEMETRA SHEREE MITCHELL. MITCHELL used the cash to purchase the Ruger RXM pistol.

14. Shortly after the straw purchase at Indy Arms Company, WILLIE JAMES MARTIN contacted Individual 1 to arrange a meeting for later the same day. At the meeting, in exchange for cash, MARTIN transferred to Individual 1 the Ruger RXM pistol straw-purchased by MITCHELL, along with two additional firearms and ammunition.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Aiding and Abetting the Making of a False Statement During a Purchase of Firearms – Straw Purchase
18 U.S.C. §§ 922(a)(6) 924(a)(2), and 2

On or about July 15, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, in connection with the acquisition of firearms, to wit, one Glock 30S .45 caliber, pistol, and one Diamondback Tactical DB15 multi-caliber pistol, from Range USA, a federally licensed dealer (FFL) within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement or representation to Range USA, which statement was intended and likely to deceive Range USA as to a fact material to the lawfulness of the acquisition of the said firearms, in that the defendant did aid, abet, counsel, command, induce, and procure Demetra Sheree Mitchell to execute an ATF Form 4473 to the effect that Demetra Sheree Mitchell was the actual transferee/buyer of the firearms

indicated on the ATF Form 4473, when in fact WILLIE JAMES MARTIN knew that he was the actual transferee/buyer of the firearms. All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 3

Making a False Statement During a Purchase of Firearms – Straw Purchase
18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2

On or about July 15, 2025, within the Southern District of Indiana, and elsewhere, DEMETRA SHEREE MITCHELL, the defendant herein, in connection with the acquisition of firearms, to wit, one Glock 30S .45 caliber, pistol, and one Diamondback Tactical DB15 multi-caliber pistol, from Range USA, a federally licensed dealer (FFL) within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement or representation to Range USA, which statement was intended and likely to deceive Range USA as to a fact material to the lawfulness of the acquisition of said firearms, in that the defendant executed an ATF Form 4473 to the effect that she was the actual transferee/buyer of the firearms indicated on the ATF Form 4473, when in fact she knew that WILLIE JAMES MARTIN was the actual transferee/buyer of the firearms. All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 4

Unlawful Possession of a Firearm by a Convicted Felon
18 U.S.C. §§ 922(g)(1)

On or about July 15, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute Cocaine Base and /or Possession of a Firearm while Under Indictment, both convictions in the Southern District of Indiana, under Cause Number 3:07-cr-00037-RLM, on or about November 8, 2007, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: one RMC, model Draco, 7.62mm handgun. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

Aiding and Abetting the Making of a False Statement During a Purchase of Firearms – Straw Purchase
18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2

On or about August 18, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, in connection with the acquisition of firearms, to wit, one ATI Mil Sport multi-caliber pistol, and one Glock 43, 9mm, pistol; from Indy Arms Company, a federally licensed dealer (FFL) within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement or representation, to Indy Arms Company, which statement was intended and likely to deceive Indy Arms Company as to a fact material to the lawfulness of the acquisition of the said firearms, in that the defendant did aid, abet, counsel, command, induce,

and procure Demetra Sheree Mitchell to execute an ATF Form 4473 to the effect that Demetra Sheree Mitchell was the actual transferee/buyer of the firearms indicated on the ATF Form 4473, when in fact WILLIE JAMES MARTIN knew that he was the actual transferee/buyer of the firearms. All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 6

Making a False Statement During a Purchase of Firearms – Straw Purchase
18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2

On or about August 18, 2025, within the Southern District of Indiana, and elsewhere, DEMETRA SHEREE MITCHELL, the defendant herein, in connection with the acquisition of firearms, to wit, one ATI Mil Sport, multi caliber, pistol and one Glock 43, 9mm pistol, from Indy Arms Company, a federally licensed dealer (FFL) within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement or representation to Indy Arms Company, which statement was intended and likely to deceive Indy Arms Company as to a fact material to the lawfulness of the acquisition of said firearms, in that the defendant executed an ATF Form 4473 to the effect that she was the actual transferee/buyer of the firearms indicated on the ATF Form 4473, when in fact she knew that WILLIE JAMES MARTIN was the actual transferee/buyer of the firearms. All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 7

Unlawful Possession of a Firearm by a Convicted Felon
18 U.S.C. §§ 922(g)(1)

On or about August 18, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute Cocaine Base and /or Possession of a Firearm while Under Indictment, both convictions in the Southern District of Indiana, under Cause Number 3:07-cr-00037-RLM, on or about November 8, 2007, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: one ATI Mil Sport multi-caliber pistol, and/or one Glock 43, 9mm pistol, and/or one G-Force GF25 shotgun, and/or one Anderson Manufacturing AM-15 multi-caliber rifle. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 8

Unlawful Possession of a Firearm by a Convicted Felon
18 U.S.C. §§ 922(g)(1)

On or about September 5, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute Cocaine Base and /or Possession of a Firearm while Under Indictment, both convictions in the Southern District of Indiana, under Cause Number 3:07-cr-00037-RLM, on or about November 8, 2007, did knowingly possess in and affecting interstate or

foreign commerce a firearm, to wit: one Smith & Wesson, model SD9VE, 9mm pistol; and/or one Palmetto model Dagger, 9mm pistol; and/or one Glock, model 19X, 9mm pistol; and/or one KE Arms, model K15, 5.56mm rifle. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 9

Unlawful Possession of a Firearm by a Convicted Felon
18 U.S.C. §§ 922(g)(1)

On or about September 24, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute Cocaine Base and /or Possession of a Firearm while Under Indictment, both convictions in the Southern District of Indiana, under Cause Number 3:07-cr-00037-RLM, on or about November 8, 2007, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: one Smith & Wesson, M+P Shield 9 Plus, 9mm pistol. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 10

Aiding and Abetting the Making of a False Statement During a Purchase of Firearms – Straw Purchase
18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2

On or about November 6, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, in connection with the acquisition of firearms, to wit, one Ruger RXM, 9mm pistol; from Indy Arms Company, a federally licensed dealer (FFL) within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written

statement or representation to Indy Arms Company, which statement was intended and likely to deceive Indy Arms Company as to a fact material to the lawfulness of the acquisition of the said firearms, in that the defendant did aid, abet, counsel, command, induce, and procure Demetra Sheree Mitchell to execute an ATF Form 4473 to the effect that Demetra Sheree Mitchell was the actual transferee/buyer of the firearm indicated on the ATF Form 4473, when in fact WILLIE JAMES MARTIN knew that he was the actual transferee/buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 11

Making a False Statement During a Purchase of Firearms – Straw Purchase
18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2

On or about November 6, 2025, within the Southern District of Indiana, and elsewhere, DEMETRA SHEREE MITCHELL, the defendant herein, in connection with the acquisition of firearms, to wit, one Ruger RXM, 9mm pistol, from Indy Arms Company, a federally licensed dealer (FFL) within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement or representation to Indy Arms Company, which statement was intended and likely to deceive Indy Arms Company as to a fact material to the lawfulness of the acquisition of said firearm, in that the defendant executed an ATF Form 4473 to the effect that she was the actual transferee/buyer of the firearms indicated on the ATF Form 4473, when in fact she knew that WILLIE JAMES MARTIN was the actual transferee/buyer of the

firearm. All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 12

Unlawful Possession of a Firearm by a Convicted Felon
18 U.S.C. §§ 922(g)(1)

On or about November 6, 2025, within the Southern District of Indiana, and elsewhere, WILLIE JAMES MARTIN, the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute Cocaine Base and /or Possession of a Firearm while Under Indictment, both convictions in the Southern District of Indiana, under Cause Number 3:07-cr-00037-RLM, on or about November 8, 2007, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: one PSA, PA-15 multi-caliber pistol, and/or one Anderson Manufacturing AM-15, multi caliber rifle; and/or one Ruger RXM 9mm pistol. All in violation of Title 18, United States Code, Section 922(g)(1).

# **FORFEITURE**

1. The allegations contained in Counts 1 through 12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any of the offenses set forth in Counts 1 through 12 of this Indictment, the defendants, WILLIE JAMES MARTIN and DEMETRA SHEREE MITCHELL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, and ammunition involved in the commission of the offense, including, but not limited to:

   1. a Keltec PMD30 .22 caliber;
   2. Any corresponding ammunition;
   3. Two magazines; and
   4. Miscellaneous firearm parts

3. If any of the property described above, as a result of any act or omission by a defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

THOMAS E. WHEELER II
United States Attorney

By: *[signature]*
Cristina Caraballo-Colón
Assistant United States Attorney
WLM